Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONY RESORTS LVH ACQUISITIONS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:16-cv-02472-APG-CWH<br><br>**ORDER FOR DEFAULT JUDGMENT** |

    Before the Court is Plaintiffs' Motion for Default Judgment against Defendant. Default having been entered against Defendant, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant Colony Resorts LVH Acquisitions, LLC, in the amount of $2,271,689, representing defaulted withdrawal liability, liquidated damages, interest and attorney's fees and costs.

Dated: January 9, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq., Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs

020038\0002\15349727.1